**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile:  (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  jwilner@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJE LIM, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-04063-VC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| OPENAI GLOBAL, LLC, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:26-CV-04063-VC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Saje Lim ("Plaintiff"), by and through their undersigned counsel, hereby submits this Notice of Dismissal Without Prejudice as to all claims asserted by Plaintiff against Defendant in this action.  Dismissing this action will not prejudice any named or unnamed class members. Class members are not releasing any claims against Defendant and so do not need to be notified. Each party shall bear its own fees and costs.

Dated:  May 13, 2026                    Respectfully submitted,

                                        **BURSOR & FISHER, P.A**.

                                        By: */s/ Philip L. Fraietta*
                                                Philip L. Fraietta

                                        Philip L. Fraietta (State Bar No. 354768)
                                        50 Main Street, Suite 475
                                        White Plains, NY 10606
                                        Telephone: (914) 874-0708
                                        Facsimile:  (914) 206-3656
                                        E-mail: pfraietta@bursor.com

                                        **BURSOR & FISHER, P.A.**
                                        Max S. Roberts (State Bar No. 363482)
                                        1330 Avenue of the Americas, 32nd Floor
                                        New York, NY 10019
                                        Telephone: (646) 837-7150
                                        Facsimile: (212) 989-9163
                                        Email: mroberts@bursor.com

                                        **BURSOR & FISHER, P.A.**
                                        Joshua R. Wilner (State Bar No. 353949)
                                        1990 North California Blvd., 9th Floor
                                        Walnut Creek, CA  94596
                                        Telephone: (925) 300-4455
                                        Facsimile: (925) 407-2700
                                        Email:  jwilner@bursor.com

                                        *Attorney for Plaintiff*